# EXHIBIT 3

**From:** Shaun Hassett <shaunhassett@potterminton.com>
**Sent:** Friday, May 23, 2025 5:15 PM
**To:** GOOGLE-KMIZRA
**Cc:** Mike Jones
**Subject:** FW: Mizra v. Google - motion for leave to amend

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

**Report Suspicious**

Team,

Mike and I just received the below email from Michael Smith. I'll let Michael know we will get back to him in due course.

Best,

Shaun

**From:** Michael Smith <Michael.Smith@Solidcounsel.com>
**Sent:** Friday, May 23, 2025 5:03 PM
**To:** Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** Mizra v. Google - motion for leave to amend

Mike/Shaun,

K.Mizra is planning to seek leave to amend our complaint to make several changes, and we wanted to see if the amendments would be opposed or could be presented an unopposed. In the new complaint, we amend the infringement and damage allegations for the previously asserted '705 patent, we remove from the case the previously asserted '048 patent, and add two new claims of infringement.

K.Mizra recently decided that there is insufficient term remaining on the '048 Patent to keep it in the case. K.Mizra also recently completed its factual investigation concerning Google's infringement of two additional K.Mizra patents: U.S. Patent No. 8,144,717 ("the '717 Patent"), directed to tuning of Hyperparameters used in artificial intelligence models, and U.S. Patent No. 8,438,120 ("the '120 Patent"), directed to mesh networking technology. For the sake of efficiency, would like to assert those claims in this action.

We decided that while it seek those changes, it should also address Google's complaints concerning the allegedly deficient '705 patent factual allegations. Accordingly, K.Mizra seeks leave to file an amended complaint which drops the '048 Patent, adds claims for infringement directed to the '717 and the '120 Patents, and amends the allegations concerning Google's direct infringement of the '705 Patent.

Let me know if you have any questions I can answer.

# Michael C. Smith  PARTNER



Michael.Smith@solidcounsel.com   |  903.938.8900



**Marshall office:** 113 East Austin Street, Marshall, Texas 75670

**Dallas office:** 500 N. Akard Street, Suite 2700, Dallas, Texas 75201
**Frisco office:** 2600 Network Boulevard, Suite 400, Frisco, Texas 75034

*Eastern District Texas Blog* - www.EDTexweblog.com
*Texas IP Law Blog* - www.TexIPLawBlog.com
*Texas Business Courts Blog* - www.TexasBusinessCourtsBlog.com

 

**Important:**  This email and any attached files contain information intended for the exclusive use of the person(s) to whom it is addressed and may contain information that is confidential.  If you are neither the intended recipient nor responsible for delivering this email to the recipient, any dissemination or copying of this communication is strictly prohibited.  Please notify the sender of any unintended recipients and delete the original message without making any copies.