# **EXHIBIT 6**

| | |
|---|---|
| **From:** | Michael Smith <Michael.Smith@Solidcounsel.com> |
| **Sent:** | Monday, June 9, 2025 9:46 AM |
| **To:** | Shaun Hassett |
| **Cc:** | Mike Jones |
| **Subject:** | Re: Mizra - amended pleadings |

Shaun,

Update.  K. Mizra has decided against amending their complaint at this time - so we can go forward with getting the schedule on file under the extended schedule.  Let me know if you have any questions or need anything else on the existing schedule proposal.

## Michael C. Smith  PARTNER



Michael.Smith@solidcounsel.com    |  903.938.8900

**Marshall office:** 113 East Austin Street, Marshall, Texas 75670
**Dallas office:** 500 N. Akard Street, Suite 2700, Dallas, Texas 75201
**Frisco office:** 2600 Network Boulevard, Suite 400, Frisco, Texas 75034

*Eastern District Texas Blog* - www.EDTexweblog.com
*Texas IP Law Blog* - www.TexIPLawBlog.com
*Texas Business Courts Blog* - www.TexasBusinessCourtsBlog.com

 

**Important:**  This email and any attached files contain information intended for the exclusive use of the person(s) to whom it is addressed and may contain information that is confidential.  If you are neither the intended recipient nor responsible for delivering this email to the recipient, any dissemination or copying of this communication is strictly prohibited.  Please notify the sender of any unintended recipients and delete the original message without making any copies.

---

**From:** Michael Smith <Michael.Smith@Solidcounsel.com>
**Sent:** Friday, June 6, 2025 6:31 PM
**To:** Shaun Hassett <shaunhassett@potterminton.com>
**Cc:** Mike Jones <mikejones@potterminton.com>
**Subject:** Re: Mizra - amended pleadings

Shaun,

1