1  Tharan Gregory Lanier, Bar No. 138784 (Lead Counsel)
   tglanier@jonesday.com
2  Evan M. McLean, Bar No. 280660
   emclean@jonesday.com
3  JONES DAY
   Silicon Valley Office
4  1755 Embarcadero Road
   Palo Alto, California 94303
5  Telephone:     +1.650.739.3939
   Facsimile:     +1.650.739.3900
6
   Michael A. Lavine, Bar No. 321727
7  mlavine@jonesday.com
   JONES DAY
8  555 California Street, 26th Floor
   San Francisco, CA 94104
9  Telephone:     +1.415.626.3939
   Facsimile:     +1.415.875.5700
10
   Sachin M. Patel (*pro hac vice* forthcoming)
11 smpatel@jonesday.com
   JONES DAY
12 110 North Wacker Drive, Suite 4800
   Chicago, IL 60606
13 Telephone:     +1.312.782.3939
   Facsimile:     +1.312.782.8585
14
   Peter Young Kim (*pro hac vice* forthcoming)
15 pkim@jonesday.com
   JONES DAY
16 51 Louisiana Ave, N.W.
   Washington DC, 20001
17 Telephone:     +1.202.879.3433
   Facsimile:     +1.202.626.1700
18
   *Attorneys for Plaintiff Google LLC*
19

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOOGLE LLC,** | Case No. |
| Plaintiff, | **PLAINTIFF GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| **K.MIZRA LLC,** | |
| Defendant. | **JURY TRIAL DEMANDED** |

GOOGLE'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: September 24, 2025            JONES DAY

By: /s/ *Tharan Gregory Lanier*
Tharan Gregory Lanier (Lead Counsel)
Evan M. McLean
Michael A. Lavine
Sachin M. Patel
Peter Young Kim

*Attorneys for Plaintiff Google LLC*

- 2 -   GOOGLE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES