Tharan Gregory Lanier, Bar No. 138784 (Lead Counsel)
tglanier@jonesday.com
Evan M. McLean, Bar No. 280660
emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, California  94303
Telephone:      +1.650.739.3939
Facsimile:      +1.650.739.3900

Michael A. Lavine, Bar No. 321727
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      +1.415.626.3939
Facsimile:      +1.415.875.5700

Sachin M. Patel (admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone:      +1.312.782.3939
Facsimile:      +1.312.782.8585

Peter Young Kim (admitted *pro hac vice*)
pkim@jonesday.com
JONES DAY
51 Louisiana Ave, N.W.
Washington DC, 20001
Telephone:      +1.202.879.3939
Facsimile:      +1.202.626.1700

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GOOGLE LLC,** | **Case No. 3:25-cv-08107-TLT** |
| **Plaintiff,** | **PLAINTIFF GOOGLE LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **v.** | |
| **K.MIZRA LLC,** | |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Google LLC ("Plaintiff") hereby dismisses this action WITHOUT PREJUDICE.  According to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant K.Mizra LLC ("Defendant") has neither served an answer nor a motion for summary judgment.  Accordingly, Plaintiff voluntarily dismisses this action against Defendant WITHOUT PREJUDICE.

PLAINTIFF GOOGLE LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Dated: March 27, 2026

By:  /s/ *Tharan Gregory Lanier*
Tharan Gregory Lanier

JONES DAY
Tharan Gregory Lanier (Lead Counsel)
Evan M. McLean
Michael A. Lavine
Sachin M. Patel
Peter Young Kim

**Attorneys for Plaintiff
Google LLC**

2

PLAINTIFF GOOGLE LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE